**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-01698-REB

COLORADO DEPARTMENT OF HEALTH CARE POLICY AND FINANCING,

    Petitioner,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and SYLVIA MATHEWS BURWELL, Secretary of the United States Department of Health and Human Services, in her official capacity,

    Respondents.

**ORDER DIRECTING PREPARATION OF JOINT CASE MANAGEMENT PLAN**

**Blackburn, J.**

    This action under the Administrative Procedures Act was filed on August 7, 2015. A Joint Case Management Plan should, if properly negotiated, provide a mutually agreeable road map for prioritizing and addressing procedural issues as well as an efficient briefing schedule. Accordingly, the parties are directed to confer and prepare a proposed Joint Case Management Plan (JCMP). The form JCMP of this court is referenced in D.C.COLO.LAPR 16.1. Counsel should attempt in good faith to agree on all matters covered in the form JCMP. Any issue in dispute should be identified in the proposed JCMP with a brief statement concerning the basis for the disagreement.

    **THEREFORE, IT IS ORDERED** that by September 9, 2015, the parties shall file (using the Notice event in CM/ECF) a proposed Joint Case Management Plan using the form Joint Case Management Plan referenced in D.C.COLO.LAPR 16.1, and shall

submit a copy of the proposed Joint Case Management plan in an editable format (Microsoft Word or WordPerfect) to Blackburn_Chambers@cod.uscourts.gov.

Dated August 17, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

2