# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 15-cv-01698-REB

COLORADO DEPARTMENT OF HEALTH CARE POLICY AND FINANCING,

    Petitioner,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and
SYLVIA MATHEWS BURWELL, Secretary of the United States Department of Health
and Human Services, in her official capacity,

    Respondents.

## ORDER TO STAY

**Blackburn, J.**

    The matter is before me on the plaintiff's **Motion To Stay** [#9][1] filed September 8, 2015. After careful review of the motion and the file, I conclude that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Motion To Stay** is granted;

    2. That the deadline for submission of a Joint Case Management Plan is suspended; and

    3. That the parties shall file a joint status report by **October 2, 2015**.

---

[1] "[#9]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated September 11, 2015, at Denver, Colorado.

                                      **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge