# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No.  15-cv-01698-REB

COLORADO DEPARTMENT OF HEALTH CARE POLICY AND FINANCING,

    Petitioner,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and SYLVIA MATHEWS BURWELL, Secretary of the United States Department of Health and Human Services, in her official capacity,

    Respondents.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the plaintiff's **Notice of Voluntary Dismissal** [#11][1] filed September 28, 2015.  After careful review of the motion and the file, I conclude that the motion should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal** is approved; and

2. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

---

[1] "[#11]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

Dated September 29, 2015, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge